In the Matter of ALDEN HOTEL CORPORATION, Appellant, against WILLIAM E. BUYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [225 Central Park West, Borough of Manhattan.]

Argued June 3, 1952; decided July 15, 1952.

*Alfred H. Hetkin* for appellant.

*Denis M. Hurley, Corporation Counsel (James J. McGowan* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.